**Theodore SULLIVAN, Plaintiff-Appellant,**

v.

**R. W. YOUNCE, Former Warden, sued in their individual and official capacities; Pearson, Warden, sued in their individual and official capacities; Harrison, Lt. Invs., sued in their individual and official capacities; Medilia, Sgt., sued in their individual and offi-**

cial capacities; Wendy S. Hobbs, Eastern Regional Administrator, sue in her individual and official capacities, Defendants-Appellees.

No. 17-6340

United States Court of Appeals, Fourth Circuit.

Submitted: August 31, 2017

Decided: September 11, 2017

Theodore Sullivan, Appellant Pro Se. Margaret Hoehl O'Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Before NIEMEYER, AGEE and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Sullivan appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sullivan v. Younce*, No. 3:15-cv-00010-REP-RCY, 2017 WL 655175 (E.D. Va. Feb. 16, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*